GO GREEN REALTY CORP., GCP East Realty Corp., GCP 188th Realty Corp., MD South Realty Corp., MD North Realty Corp., GCP West Realty Group, **Plaintiffs–Counter–Defendants–Appellants,**

Spiro Triantafilis, Theodoros Zorbas, **Counter–Defendants–Appellants,**

v.

LIBERTY PETROLEUM REALTY, LLC, Capitol Petroleum Group, LLC, East River Petroleum Realty, LLC, **Defendants–Counter–Claimants–Appellees.**

Nos. 15–1336–cv (Lead), 15–3154–cv (Con).

United States Court of Appeals, Second Circuit.

April 14, 2016.

Jeffrey H. Weinberger, Steven Cohn, P.C., Carle Place, NY, for Appellants.

Alphonse M. Alfano, Bassman, Mitchell & Alfano, Chtd. (Jonathan D. Kraut, Harfenist, Kraut & Perlstein, LLP, Lake Success, NY, on the brief), Washington, D.C., for Appellees.

Present: ROSEMARY S. POOLER, B.D. PARKER, DEBRA ANN LIVINGSTON, Circuit Judges.

### SUMMARY ORDER

Go Green Realty Corp., GCP West Realty Corp., GCP East Realty Corp., GCP 188th Realty Corp., MD South Realty Corp., and MD North Realty Corp. (together, "Go Green") appeal from the March 30, 2015 memorandum and order of the United States District Court for the Southern District of New York (Freeman, *C.M.J.*) granting summary judgment to defendants on Go Green's claims that, inter alia, defendants breached certain contractual agreements by setting motor fuel prices in bad faith in violation of U.C.C. § 2–305(2) and the implied covenant of good faith and fair dealing. We assume the parties' familiarity with the underlying facts, procedural history, and specification of issues for review.

Go Green argues that the district court ignored probative evidence in the record and misapplied the law in granting the motion for summary judgment dismissing Go Green's claims. We disagree. As the district court carefully explained, Go Green failed to meet its burden of production and thus did not raise a question of material fact as to improper motive, discriminatory pricing, or commercial reasonableness. We thus affirm for the reasons set forth in the district court's thorough and well-reasoned opinion.

We have considered the remainder of Go Green's arguments and find them to be without merit. Accordingly, the order of the district court hereby is AFFIRMED.